UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Davina W. Glenn

Case No. 8:15-bk-12532-MGW

Chapter 7

Debtor(s)
_____/

NOTICE OF WITHDRAWAL OF RESPONSE TO WELLS FARGO BANK'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW, Davina W. Glenn, by and through the undersigned attorney, and hereby files this Notice of Withdrawal Response to Wells Fargo Bank's Motion for Relief from the Automatic Stay (Doc. No. 84), and states as follows:

The Thorpe Law Firm, P.A.
7819 N. Dale Mabry Hwy.
Suite 108
Tampa, FL 33614
Tel. (813) 933-5051
Fax (813) 933-5061

/s/ David Thorpe
David Thorpe, Esq.
Fla. Bar No. 0110523
david@thorpelawfirm.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal of Response to Trustee's Objection to Claim of Exemptions was sent via CM/ECF or US Mail on this 22nd day of January, 2019, to the following:

Carolyn R. Chaney, Chapter 7 Trustee

Davina W. Glenn, Sent Via E-Mail

Quintairos, Prieto, Wood & Boyer, PA, Leslie Rushing, Esq., Attorney for Secured Creditor
Sent via CM/ECF

/s/ David Thorpe
David Thorpe, Esq.