ORDERED.

**Dated: January 23, 2019**

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                  Case No.: 8:15-bk-12532-MGW
                                                        Chapter 7
                                                        (Previous Chapter 13)

Davina W. Glenn,

       Debtor.
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on for consideration without hearing upon the Motion For Relief From The Automatic Stay (ECF No. 81) filed on negative notice by Movant, WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL OR BANKING CAPACITY BUT SOLELY AS TRUSTEE FOR SRMOF II 2011-1 TRUST, regarding real property described as:

1

Lot 27, CHADBROOK, as per plat thereof as recorded in Plat Book 23, Page 30, Public Records of Hernando County, Florida

A/K/A: 14880 Copeland Way, Brooksville, FL 34604,

and the court finding that an objection was filed by the Debtor and was subsequently withdrawn and no other response has been filed within the time permitted by local rule 2002-4(e), the court considers the matter to be unopposed. Accordingly, it is **ORDERED:**

1. Movant's Motion (ECF No. 81) is granted; and

2. The automatic stay imposed by 11 U.S.C. §362 is modified to permit Movant to proceed to prosecute a foreclosure action through issuance of a Certificate of Title concerning the real property located at 14880 Copeland Way, Brooksville, FL 34604, to allow the Creditor to commence or continue its federal and or its state court remedies as to the real property; and

3. The 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.

4. This Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

5. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property and Movant shall not seek an *in personam* judgment against Debtor(s).

Leslie Rushing, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.